```
 1  HAYDN-MYER LAW CORPORATION
    Christopher Haydn-Myer, Bar #176333
 2  1478 Stone Point Drive, Suite 400
    Roseville, California 95661
 3  Telephone: (916) 622-1703
    Fax: (916) 760-2767
 4  email: chrishaydn@sbcglobal.net

 5  Attorney for Defendant
    ERIK SOLISFOX
 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8               FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,     )   CASE NO. 11-MJ-0156
                                  )
11              Plaintiff,        )   STIPULATION AND ORDER
                                  )   MODIFYING MR. SOLISFOX'S
12  v.                            )   SECURED BOND
                                  )
13  ERIK SOLISFOX,                )   Date:  June 24th, 2011
                                  )   Time:  2:00 p.m.
14              Defendant.        )   Judge: Hon. Edmund F. Brennan
                                  )
15                                )
                                  )
16
```

Defendant, ERIK SOLISFOX, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree as follows:

On June 13th, 2011, the honorable Magistrate Judge Kendall J. ordered that defendant SOLISFOX be released on a $50,000.00 bond. Of the $50,000.00 bond, $20,000.00 was to be secured collateral posted by Mrs. Silvia Flores [Doc. 7]. Accordingly, Ms. Flores posted $14,247.12 in U.S. Savings Bonds EE, and the title to her 2004 Acura with the Court Clerk's Office.

The parties are in agreement that SOLISFOX's conditions of release may be modified to allow Mrs. Flores to draft a cashiers check made payable to the United States Courts Court Clerk's Office in the

amount of $5,752.88.  After the cashiers check has been deposited with the Court Clerk's Office, the title to Mrs. Flores 2004 Acura may be returned to her.

Dated: June 20th, 2011

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Erik Solisfox

DATED: June 20th, 2011

BENJAMIN B. WAGNER
United States Attorney

/S/ Christopher Haydn-Myer for
Jason Hitt
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that Mr. Solisfox's conditions of release may be modified to allow Mrs. Flores to draft a cashiers check made payable to the United States Courts Court Clerk's Office in the amount of $5,752.88.  After the cashiers check has been deposited with the Court Clerk's Office, the title to Mrs. Flores 2004 Acura may be returned to her.

Dated:  June 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE