1  CHRISTOPHER HAYDN-MYER LAW OFFICES
   CHRISTOPHER HAYDN-MYER, CA. BAR # 176333
2  1478 Stone Point Drive, Suite 400
   Roseville, California 95661
3  Telephone: (916) 622-1704
   Facsimile:  (916) 760-2767
4  Email: chrishaydn@sbcglobal.net

5  Attorney for Defendant
   ERIK SOLISFOX

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )
                                       )      Cr. No. S-11-262 WBS
11                   Plaintiff,        )
                                       )      STIPULATION AND [PROPOSED]
12                                     )      ORDER CONTINUING STATUS
              v.                       )      CONFERENCE; FINDING OF
13                                     )      EXCLUDABLE TIME
                                       )
14  ERIK SOLISFOX,                     )      Date:   April 8, 2013
                                       )      Time:   9:30 a.m.
15                   Defendant.        )      Judge:  Hon. William B. Shubb
                                       )
16

17

                                 **STIPULATION**
18
        Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt and defendant
19
Erik Solisfox, through counsel Christopher Haydn-Myer, hereby stipulate and agree as follows:
20
        1.  A status conference is currently set for April 8, 2013 at 9:30 a.m.
21
        2.  By this stipulation, the above-named defendants now move to continue the status
22
conference to May 28, 2013 at 9:30 a.m., and to exclude time between April 8, 2013 to May 28, 2013
23
under Local Code T4.  Plaintiff does not oppose this request.
24
        3.   The basis upon which the parties agree to this proposed continuance of the status
25
conference is as follows:
26
        a.      The government has produced discovery which to date includes 689 pages containing
27
        investigative materials.  Additionally, the government and counsel have been in
28
                                    -  1  -

1    negotiations to resolve the case, and the additional time is necessary for plaintiff and

2    defendant to reach a resolution to the case.

3        b.    Counsel for defendant believes that failure to grant the above-requested continuance

4            would deny his client the reasonable time necessary for effective preparation, taking

5            into account the exercise of due diligence.

6        c.    Plaintiff does not object to the continuance.

7        d.    Based on the above-stated findings, the ends of justice served by continuing the status

8            conference as requested outweigh the best interest of the public and the defendant in

9            a trial within the original date prescribed by the Speedy Trial Act.

10       e.    For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et

11           seq., within which trial must commence, the time period from April 8,  2013, to May

12           28,  2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B

13           (iv) [Local Code T4] because it results from a continuance by the Court at the

14           defendants request on the basis of the Court's finding that the ends of justice served

15           by taking such action outweigh the best interest of the public and the defendants in a

16           speedy trial.

17       4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

18   Speedy Trial Act dictate that additional time periods are excludable from the period within which a

19   trial must commence.

20       5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation

21   on their behalf.

22   **IT IS SO STIPULATED.**

23   DATED: April 4, 2013               BENJAMIN B. WAGNER
                                        United States Attorney

24

25                                          /s/ Jason Hitt
                                      JASON HITT

26                                         Assistant United States Attorney
                                      Attorney for Plaintiff United States

27

   ///
28   ///

1  DATED: April 4, 2013            LAW OFFICE OF CHRISTOPHER HAYDN-MYER

2                                  /s/ Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER
3                                  Attorney for Defendant Erik Solisfox

4

5
                                   **ORDER**
6

7
        IT IS SO FOUND AND ORDERED this <u>8th</u> of April,  2013.
8

9

10                     _____
                       WILLIAM B. SHUBB
11                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28