LAW OFFICE OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA. BAR # 176333
1478 Stone Point Drive, Suite 400
Roseville, CA 95661
Telephone: (916) 622-1703
Facsimile:  (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
ERIK SOLISFOX

IN THE UNTED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 11-0262 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RE: EXONERATION OF |
| v. | ) | SECURED AND UNSECURED BAIL |
| | ) | FOR DEFENDANT ERIK SOLISFOX |
| | ) | |
| ERIK SOLISFOX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, through its attorney of record, Jason Hitt, and defendant Erik Solisfox, through his attorney, Christopher Haydn-Myer, hereby agree and stipulate to the exoneration of the secured and unsecured bail for defendant Erik Solisfox.  The basis for this stipulation is as follows:

1. Mr. Solisfox appeared before the Hon. William B. Shubb on September 16, 2013 and entered pleas of guilty to Counts 1 and 5 of the Superseding Indictment.

2. Mr. Solisfox was adjudged guilty and sentencing is set for January 27, 2014.

3. After Mr. Solisfox pled guilty, counsel requested that he remain out of custody; the Court denied the request and then remanded Mr. Solisfox.

1

4. Mr. Solisfox currently remains in custody.

5. Given defendant Erik Solisfox's detention, there is no need for the posted secured and unsecured bail to remain in effect.

Based on the foregoing, the undersigned parties agree and stipulate that the secured and unsecured bail on behalf of defendant Erik Solisfox be exonerated.

**IT IS SO STIPULATED.**

DATED: October 2, 2013   BENJAMIN B. WAGNER
Unites States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

DATED: October 2, 2013   LAW OFFICE OF CHRISTOPHER HAYDN-MYER

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant Erik Solisfox

## **ORDER**

GOOD CAUSE APPEARING and based on the foregoing stipulation, it is hereby ordered that the secured and unsecured bail posted on behalf of defendant Erik Solisfox is hereby exonerated.

**IT IS SO ORDERED.**

DATED: October 7, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE