LAW OFFICE OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
ERIK SOLISFOX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.11-262-WBS |
| Plaintiff, | APPLICATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING TO FEBRUARY 10, 2014 |
| vs. | |
| ERIK SOLISFOX, | |
| Defendant. | Hon. William B. Shubb |

This matter is before the Court on January 27, 2014 at 9:30 a.m., for sentencing.  Counsel for the defense is requesting a continuance to February 10, 2014, at 9:30 a.m. to prepare for sentencing.  Government counsel, Jason Hitt, and United States Probation Officer Karen Lucero are not opposing this request.

Good cause appearing,

**IT IS ORDERED** that this matter is to be continued from January 27th, 2014 at 9:30 a.m., to February 10, 2014 at 9:30 a.m. for Judgment and Sentencing.

Dated:  January 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -