**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**Erik Solisfox** )<br>)<br>) | **Docket No.: 0972 2:11CR00262-004** |

On March 3, 2014, the above-named was sentenced to Supervised Release for a period of four years. Supervision commenced on November 13, 2015.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

                Respectfully submitted,

                Sara E. Gnewikow
                Sr. United States Probation Officer

Dated:    April 16, 2019
            Sacramento, California
            SEG:cd

**REVIEWED BY:**    Ronnie Preap

PROB 35 (ED/CA)

**Re:   Erik Solisfox**
     **Docket No:   0972 2:11CR00261-004-**
     **Report and Order Terminating Supervised Release**
     **Prior to Original Expiration Date**

**Supervising United States Probation Officer**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Eric Solisfox be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  April 16, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

cc:    AUSA – Jason Hitt
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee – Erik Solisfox